UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case No. 1:09-CR-172 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| Daryl Haynor and Jon Flask, | : | |
| | : | |
| Defendants. | : | |

VERDICT NUMBER TWO

We, the jury, in respect of the charge set forth in Count One of the indictment, conspiracy to defraud the United States and the Internal Revenue Service, for the purpose of impeding, impairing, obstructing, and defeating the lawful functions of the Internal Revenue Service in the ascertainment, assessment and collection of federal income taxes, in violation of Title 18 of the United States Code, Section 371, do find the Defendant Jon Flask:

  XX     Not Guilty              _____  Guilty


DATE: February 4, 2013              __s/Juror No. 8____
                                    Foreperson Juror # 8


__s/Juror No. 3_____              __s/Juror No. 11_____
     Juror # 3                            Juror # 11


__s/Juror No. 10_____              __s/Juror No. 2_____
     Juror # 10                            Juror # 2


__s/Juror No. 1_____              __s/Juror No. 6_____
     Juror # 1                            Juror # 6

<u>    s/Juror No. 4    </u>
Juror # 4

<u>    s/Juror No. 5    </u>
Juror # 5

<u>    s/Juror No. 12    </u>
Juror # 12

<u>    s/Juror No. 7    </u>
Juror # 7

<u>    s/Juror No. 9    </u>
Juror # 9