UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case No. 1:09-CR-172 |
| Plaintiff, | : | |
| vs. | : | |
| Daryl Haynor and Jon Flask, | : | |
| Defendants. | : | |

VERDICT NUMBER FOUR

We, the jury, in respect of the charge set forth in Count Two of the indictment, corrupt endeavor to obstruct and impede the due administration of the Internal Revenue Laws of the United States, in violation of Title 26, United States Code, Section 7212(a), do find the Defendant Jon Flask:

  XX   Not Guilty        _____ Guilty


DATE: February 4, 2013              s/Juror No. 8
                                    Foreperson Juror # 8


   s/Juror No. 3                       s/Juror No. 11
   Juror # 3                            Juror # 11


   s/Juror No. 10                      s/Juror No. 2
   Juror # 10                           Juror # 2


   s/Juror No. 1                       s/Juror No. 6
   Juror # 1                            Juror # 6

| | |
|---|---|
| s/Juror No. 4 </br>Juror # 4 | s/Juror No. 5 </br>Juror # 5 |
| s/Juror No. 12 </br>Juror # 12 | s/Juror No. 7 </br>Juror # 7 |
| s/Juror No. 9 </br>Juror # 9 | |